```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09410
    SHARON JENNINGS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9702


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    26533.66            .00       5313.03
DRIVE FINANCIAL SERVICES  SECURED VEHIC     7339.00         434.33       2480.68
HITCHCOCK AND ASSOCIATES  PRIORITY        NOT FILED            .00           .00
CAPITAL ONE               UNSEC W/INTER      771.30            .00           .00
COLLECTION COMPANY OF AM  UNSEC W/INTER   NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      390.00            .00           .00
KOMYATTASSOC              UNSEC W/INTER   NOT FILED            .00           .00
KOMYATTASSOC              UNSEC W/INTER   NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK   UNSEC W/INTER   NOT FILED            .00           .00
VILLAGE OF LANSING        UNSEC W/INTER      250.00            .00           .00
DRIVE FINANCIAL SERVICES  UNSEC W/INTER       50.11            .00           .00
LARRY JENNINGS            NOTICE ONLY     NOT FILED            .00           .00
LARRY JENNINGS            NOTICE ONLY     NOT FILED            .00           .00
THOMAS R HITCHCOCK        DEBTOR ATTY       1,338.50                     1,338.50
TOM VAUGHN                TRUSTEE                                          588.46
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  10,155.00

PRIORITY                                              .00
SECURED                                          7,793.71
   INTEREST                                        434.33
UNSECURED                                             .00
ADMINISTRATIVE                                   1,338.50
TRUSTEE COMPENSATION                               588.46
DEBTOR REFUND                                         .00
                        ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 09410 SHARON JENNINGS
```

```
TOTALS                                  10,155.00           10,155.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 02/26/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```